UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| ASHLEY L. FIELD, | ) |
| | ) CASE NO. C11-5116-MAT |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) ORDER STRIKING OPENING BRIEF |
| MICHAEL J. ASTRUE, Commissioner of Social Security, | ) |
| | ) |
| | ) |
| Defendant. | ) |
| _____ | ) |

Plaintiff submitted a thirty-four page opening brief in this matter, with some nineteen pages devoted to procedural, factual, and medical background and formatting failing to comply with Local Civil Rule (CR) 10(e)(1). (Dkt. 19.) Counsel for plaintiff was advised in the Order outlining the briefing schedule in this case that briefs must conform to the requirements of CR 7(e)(3) as to length, not exceeding twenty-four (24) pages for opening and responsive briefs and twelve (12) pages for reply briefs, and must also conform to the formatting requirements outlined in CR 10. (Dkt. 14 at 2.) That Order further advised the parties not to include a lengthy recitation of background facts or medical evidence; rather, a discussion of the

ORDER STRIKING OPENING BRIEF
PAGE -1

relevant facts should be included in the context of specific assignments of error.  (*Id*.)

Moreover, counsel for plaintiff was previously informed, in a different case, as to his failure to comply with the Court's briefing requirements and advised that any briefs submitted in this Court in the future not complying with Court rules or Orders would be stricken or returned for correction.  *See Olson v. Astrue*, No. C10-5618-RAJ-MAT (Dkt. 30).  Because plaintiff's counsel has again failed to comply with the instructions of this Court, the opening brief in this case (Dkt. 19) is hereby STRICKEN from the record.

Plaintiff shall submit a revised opening brief, compliant with Court rules and Orders, within **fourteen (14) days** of the date of this Order.  Defendant shall, within **seven (7) days** of receipt of the revised opening brief, either seek additional time to submit a revised responsive brief or inform the Court of his intention to rely on the responsive brief already submitted.  The Court will thereafter set a date for the submission of plaintiff's reply brief.  The Clerk is directed to send copies of this Order to the parties.

DATED this 21st day of July, 2011.

Mary Alice Theiler
United States Magistrate Judge